UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN HOWELL,

    Plaintiff,

v.

UNKNOWN MAYHEW, et al.,

    Defendants.
_____/

Case No. 1:21-cv-69

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a motion for summary judgment on the ground that Plaintiff has failed to properly exhaust his administrative remedies.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 27, 2022, recommending that this Court grant the motion and enter judgment in favor of Defendants.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 27) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 19) is GRANTED.

    **IT IS FURTHER ORDERED** that Plaintiff's remaining claims against Defendants are DISMISSED WITHOUT PREJUDICE.

2

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  May 31, 2022                         /s/ Janet T. Neff
                                            JANET T. NEFF
                                            United States District Judge